UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK DOWNEY,

               Plaintiff,

  v.

JUDGE, et al.,

               Defendants.

CASE NO. 2:25-cv-01106-BJR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel together with the remaining record, and noting that no objections have been filed and the time to do so has passed, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's claims are dismissed with prejudice.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 22nd day of December.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1